711 A.2d 471

**Alan AMPER, Respondent,**

v.

**John J. TSUCALAS trading as John James Tsucalas & Co., Petitioner.**

No. 0737 W.D. Allocatur Docket 1997.
Supreme Court of Pennsylvania.

June 5, 1998.

LeRoy Zimmerman, Mark D. Bradshaw, Harrisburg, for petitioner.

AND NOW, this 5th day of June, 1998, the Petition for Allowance of Appeal is denied in accordance with this court's opinion in *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (1998).

CASTILLE, J., did not participate in the consideration or decision of this case.